John A. Schena (SBN 269597)
**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH, LLP**
101 West Broadway, Suite 810
San Diego, California 92101
Telephone No.:(619) 236-8821
Facsimile No.: (619) 236-8827
Email: john@sscelaw.com

Attorneys for Plaintiff
LEANNE O'NEILL

Livia M. Kiser (SBN 285411)
Craig H. Bessenger (SBN 245787)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310
Email: lkiser@kslaw.com
cbessenger@kslaw.com

Attorneys for Defendant
TELADOC HEALTH, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEANNE O'NEILL,<br>Plaintiff,<br>v.<br>TELADOC HEALTH, INC.; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 25-cv-03645-AJB-KSC<br>**JOINT NOTICE OF SETTLEMENT**<br>Judge: Hon. Anthony J. Battaglia<br>Magistrate: Hon. Guillermo Cabrera |

To the Honorable Guillermo Cabrera.

Please take notice that the parties have reached an agreement on settlement terms on April 13, 2026, in the above captioned matter. The parties are executing a settlement agreement.

Plaintiff therefore respectfully requests that this Honorable Court vacate all currently set dates including the upcoming Case Management Conference and Early Neutral Evaluation scheduled for April 22, 2026 at 2:00 p.m. The parties will file the Joint Motion for Voluntary Dismissal with prejudice as to all parties within 45 days.

Dated: April 15, 2026

**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**

By: [signature]
John A. Schena
Attorneys for Plaintiff
LEANNE O'NEILL

Dated: April 15, 2026

**KING & SPALDING LLP**

By: */s/ Livia M. Kiser*
Livia M. Kiser
Craig H. Bessenger
Attorneys for Plaintiff
TELADOC HEALTH, INC.

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Andy Van Le, counsel for Plaintiff, and that I have obtained Mr. Van Le's authorization to affix his electronic signature to this document.